

PS 8
(8/88)

# United States District Court
для
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
DEC 1 4 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

U. S. A. vs. VALDEZ, VANESSA ARLENE  Docket No. 06CR1904IEG-002
Reg #96193-198

### Petition for Action on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant Vanessa Arlene Valdez who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at San Diego, on the 29th day of September, 2006, under the following conditions:

Travel restricted to the Southern and Central Districts of California; not to enter Mexico; report for supervision to Pretrial Services as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance; not to possess any firearm, dangerous weapon or destructive device; and actively seek and maintain full-time employment, schooling, or a combination of both.

On November 20, 2006, U.S. Magistrate Judge Anthony J. Battaglia ordered the defendant to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse as specified by the Pretrial Services Officer and to successfully complete a residential drug treatment program as specified by Pretrial Services Officer.

**Conditions violated**: Defendant ordered to successfully complete a residential drug treatment program as specified by Pretrial Services Officer.

1. The defendant failed to successfully complete a residential drug treatment program as specified by Pretrial Services Officer.

Grounds for violation:
On December 11, 2006, the defendant reported to Pretrial Services at 4:05 p.m. along with Mr. Hermanson to be transported to CRASH Inc. Drug Treatment Program. The undersigned met with the defendant and it was explained to her she would be transported to CRASH Inc. that evening in order for her to complete the residential drug treatment program. The undersigned also explained the consequences of her leaving the program without the Court's or Pretrial Services' permission and the defendant acknowledged she understood. The defendant was escorted to the lobby and was directed to wait until further notice. Shortly thereafter, the defendant left the lobby of Pretrial Services and has not been seen since. The undersigned contacted CRASH Inc. on December 12, 2006, and they confirmed the defendant has not reported to their facility. The defendant's current whereabouts are unknown.

RE: VALDEZ, Vanessa Arlene
DKT# 06CR1904IEG-002
Page 2 of 2

**PRAYING THAT THE COURT WILL ORDER A NO-BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO SHE MAY BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __13th__ day of December, 2006 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Irma E. Gonzalez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __12/12/06__

Respectfully, _____
Boris Ilic, U.S. Pretrial Services Officer

Place   San Diego, California

Date   December 12, 2006